IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SONYA COLE, *as Independent Administrator of Curtis Cole, deceased*,

Plaintiff,

v.

GRANITE NURSING AND REHABILITATION CENTER, LLC, *et al.*,

Defendants.

Case No. 22-cv-312 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 12/6/2022**          MONICA A. STUMP, Clerk of Court

                              *s/Tina Gray, Deputy Clerk*

**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**